UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NAVIGATORS )<br>3820 N. 30th Street )<br>Colorado Springs, CO 80904 )<br>)<br>)<br>)<br>    Plaintiff, )<br>)<br>    -v- )<br>)<br>LINDA M. SPRINGER )<br>in her official capacity as )<br>Director of the United States Office )<br>of Personnel Management )<br>1900 E Street, N.W. )<br>Washington, D.C. 20415-0001, )<br>)<br>    Defendant. )<br>)<br>)<br>)<br>) | Civil Action No._____ |

**CERTIFICATE OF COUNSEL PURSUANT TO LCvR 65.1**

    I, Bernard J. DiMuro, counsel for The Navigators, certify I notified James Green, Esq., Associate General Counsel of the United States Office of Personnel Management, by telephone at approximately 8:30 a.m. on July 27, 2006, that the Complaint and Motion for Temporary Restraining Order and Preliminary Injunction in this matter would be filed during the afternoon of July 27, 2006. I further advised Mr. Green that he would be notified of the time and date set by the Court for a hearing, if any is to be held.

    I have delivered to Mr. Green, U.S. Office of Personnel Management, 1900 E. St. NW, Room 7353, Washington, DC 20415-1000, by messenger, and/or sent by electronic mail (pdf) with Mr. Green's permission, a copy of the Complaint and accompanying exhibits, Motion for Temporary

Restraining Order and Preliminary Injunction, Memorandum of Points and Authorities, and proposed Order in this matter, along with a copy of this certificate.

Respectfully submitted,

/s/
Bernard J. DiMuro, Esq. (DC # 393020)
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
(703) 684-4333
(703) 548-3181 (facsimile)

Noland MacKenzie Canter, III (D.C. Bar #93616)
Mark J. Diskin (D.C. Bar #334086)
Copilevitz & Canter, LLC
1900 L Street, N.W., Suite 215
Washington, D.C. 20036

*Counsel for Plaintiff*